IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM H. SMITH,
    Plaintiff,

v.                                        Case No. 3:04cv321/RV/EMT

MICHAEL T. GUTHRIE,
    Defendant.

_____/

**O R D E R**

This cause is before the court upon Plaintiff's Motion to Compel Defendant's Production of Documents in Compliance with Plaintiff's First Request for Production of Documents (Doc. 57); Motion to Compel Defendant's Production of Documents in Compliance with Plaintiff's Supplemental Request for Production of Documents (Doc. 58); Motion to Compel Defendant's Production of Documents in Compliance with Plaintiff's Third Request for Production of Documents (Doc. 59); and Motion to Compel Defendant's Production of Documents in Compliance with Plaintiff's Fourth Request for Production of Documents (Doc. 60). Before the court rules on these matters, Defendant shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Defendant shall respond to Plaintiff's motions on or before **Wednesday, October 26, 2005** by electronic filing.

**DONE AND ORDERED** this 21st day of October 2005.


                                                /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**