IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM H. SMITH,
    Plaintiff,

v.                                       Case No.: 3:04cv321/RV/EMT

MICHAEL T. GUTHRIE
    Defendant.
_____/

## ORDER

      This matter is before the court on Plaintiff's response (Doc. 77) to the previous order of this court granting in part and denying in part Plaintiff's motion to compel responses to interrogatories and granting Plaintiff's motions to compel production of documents (Doc. 72). The previous order additionally found that Plaintiff was entitled to reasonable expenses and fees incurred in making the motions to compel and directed that Plaintiff submit documentation of such expenses (*id.* at 6-7). Plaintiff has responded as directed and seeks a total of $1,671.50 in attorney's fees (Doc. 77 at 2, 5). Upon review of Plaintiff's submission, the court concludes that, with the exception of several entries for receipt and review of notices from the clerk and several duplicate entries totaling 1.7 hours, the fees identified therein are reasonable, and Defendant shall be required to pay them.

      Accordingly, it is **ORDERED**:

      1.     Within **TEN (10) DAYS** from the date of docketing of this order, Defendant shall pay to Plaintiff the sum of $1,323.00 for fees incurred in making the motions to compel.

      **DONE AND ORDERED** this 13th day of December 2005.

                                                    /s/ *Elizabeth M. Timothy*
                                                   **ELIZABETH M. TIMOTHY**
                                                   **UNITED STATES MAGISTRATE JUDGE**