UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM H. SMITH,

    Plaintiff,

VS                                   CASE NO. 3:04CV321-RS

MICHAEL T. GUTHRIE,

    Defendant.

**ORDER**

Before the court are William H. Smith's Motion for Partial Judgment On The Pleadings Or, In The Alternative, Motion for Partial Summary Judgment (Doc. 94) and William H. Smith's Motion for Partial Summary Judgment (Doc. 96).

**IT IS ORDERED:**

1. William H. Smith's Motion for Partial Judgment On The Pleadings Or, In The Alternative, Motion for Partial Summary Judgment (Doc. 94) is denied.

2. William H. Smith's Motion for Partial Summary Judgment (Doc. 96) is denied.

ORDERED on February 7, 2006.

                              /s/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.

2